_____

No. 95-2620
_____

Keith Brown; Jamie Brown,          *
                                   *
          Appellants,              *
                                   *   Appeal from the United States
     v.                            *   District Court for the
                                   *   Western District of Arkansas.
Neadis Bost; Chris Williams,       *
Individually, and in His           *
Official Capacity as Municipal     *
Judge for the City of Malvern,     *   [DO NOT PUBLISH]
Arkansas; City of Malvern,         *
Arkansas,                          *
                                   *
          Appellees.               *

_____

Submitted:  February 16, 1996

Filed:  March 12, 1996
_____

Before LOKEN, BRIGHT, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.


     Keith and Jamie Brown brought this civil rights action under 42
U.S.C. § 1983, raising various federal and state claims against Chris
Williams, in his individual and official capacities as a municipal court
judge for the City of Malvern, Arkansas, and also against the City of
Malvern (City).


     The case presents a unique factual twist where Judge Williams as a
private attorney allegedly advised his client Ms. Bost to obtain an arrest
warrant in order to evict the Browns from premises which Bost had rented
to them.  Bost then obtained the arrest warrant from the clerk of the
municipal court which Williams as judge later signed.  Although the warrant
was in fact erroneously

issued and the municipal charges were later dismissed, the Browns nevertheless suffered the embarrassment of an arrest.

The Browns brought this action for the damages they suffered. In a full and extensive opinion, the district court[1] granted Williams' motion to dismiss because Williams was entitled to judicial immunity and because the complaint failed to state a claim against the City.

The court also dismissed the remaining pendent state claim against Neadis Bost. <u>See</u> 28 U.S.C. § 1367(c)(3).

We affirm on the basis of Judge Hendren's well-reasoned opinion. We deem it unnecessary for this court to write further. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jimm L. Hendren, United States District Judge for the Western District of Arkansas.

-2-